```
 1  JULIE M. MCCOY, Bar No. 129640
    LAW OFFICES OF JULIE M. MCCOY
 2  JACQUELYNE M. NGUYEN, Bar No. 249658
    1670 SANTA ANA AVE., SUITE K
 3  COSTA MESA, CA 92627
    Telephone: (949) 722-0055
 4  Fax:(949) 722-8416

 5  Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Carlos R. Portillo,<br><br>　　　　　　　Defendant | No. CV 11-02657<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Carlos R. Portillo, in the principal amount of $47,688.26 plus interest accrued to March 25, 2011, in the sum of $10,850.86; with interest accruing thereafter at the daily rate of $10.77 until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$58,539.12**.

DATED: April 20, 2011　　　　　By:　Terry Nafisi
　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　A. Martinez
　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　United States District Court